IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

STEPHANIE SHANTA GREEN, *by and through her guardian* JESSE WARREN, *

Plaintiff, *

vs. * CASE NO. 4:26-CV-884 (CDL)

PIEDMONT REGIONAL HOSPITAL, INC., *et al.*, *

Defendants. *

O R D E R

Jesse Warren, who is proceeding *pro se* and claims to be the guardian of and hold power of attorney for Stephanie Shanta Green, brought this action on behalf of Green. Warren alleges that when Green sought emergency care at Piedmont Hospital in Columbus, Georgia, her healthcare providers committed medical malpractice. Several Defendants filed motions to dismiss this action for lack of subject matter jurisdiction. Warren did not respond to those motions. As discussed below, the motions (ECF Nos. 6 & 8) are granted.[1]

In the complaint, Warren summarily asserts that federal question jurisdiction exists under 28 U.S.C. § 1331. A plaintiff properly invokes § 1331 jurisdiction by pleading "a colorable

[1] Another Defendant filed a similar motion to dismiss (ECF No. 11). That motion is not yet ripe, but it is moot in light of today's ruling.

claim 'arising under' the Constitution or laws of the United States." *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 513 (2006). Warren did not clearly assert any claims under the Constitution or federal law. Warren also did not invoke a federal statute as the basis for any of Green's claims, and Warren did not allege any facts to suggest that Green's claims arise under federal law. Instead, Warren asserts that Green's healthcare providers committed medical malpractice, which is generally a state law cause of action unless the medical provider is a federal employee treating a patient at a federally funded facility. Warren did not allege that any of Green's medical providers were federal employees or that Green's care involved a federal agency's program. Warren also did not invoke 28 U.S.C. § 1332 or allege any facts to suggest that diversity jurisdiction exists. For all these reasons, the Court finds that the complaint does not sufficiently allege a basis for subject matter jurisdiction in federal court. Accordingly, this action is dismissed.[2]

IT IS SO ORDERED, this 16th day of October, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[2] Given this ruling, the Court need not decide whether Warren may appear *pro se* on behalf of Green.