IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JESSE WARREN on behalf of STEPHANIE SHANTA GREEN, | * | |
| | * | |
| Plaintiff, | | Case No. 4:26-cv-00884-CDL |
| v. | * | |
| PIEDMONT COLUMBUS REGIONAL HOSPITAL et al., | * | |
| | * | |
| Defendants. | | |

## JUDGMENT

Pursuant to this Court's Order dated October 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of October, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk